[No. 8275-0-III.  Division Three.  May 3, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. GARY LEE PRYNE, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 86-1-00989-3, John J. Ripple, J., entered November 19, 1986. *Affirmed* by unpublished opinion per Green, J., concurred in by McInturff, C.J., and Thompson, J.

[No. 8347-1-III.  Division Three.  May 3, 1988.]

ALFRED J. BEARD, ET AL, *Respondents,* v. KENNETH OTNESS, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Franklin County, No. 84-2-50292-7, Yancey Reser, J., entered December 15, 1986. *Affirmed in part* and *reversed in part* by unpublished opinion per Munson, J., concurred in by Thompson, A.C.J., and Green, J.

[No. 8405-1-III.  Division Three.  May 3, 1988.]

*In the Matter of the Welfare of* ESSENCE HARRIS.

LINDA HARRIS, *Appellant,* v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent.*

Appeal from a judgment of the Superior Court for Franklin County, No. 86-7-50045-7, John G. Carroll, J. Pro Tem., entered February 5, 1987. *Affirmed* by unpublished opinion per Thompson, A.C.J., concurred in by Green and Munson, JJ.